# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GWENDOLYN L. SHELTON                                                PLAINTIFF

v.                              No. 5:19-cv-256-DPM

CITY OF PINE BLUFF; and
JEFFERSON COUNTY LIBRARY                                           DEFENDANTS

## ORDER

1. Shelton's motion to proceed *in forma pauperis*, № 1, is granted. She can't afford the filing fee.

2. The Court must screen her case. 28 U.S.C. § 1915(e)(2). The Court grants her pre-answer motion to amend, FED. R. CIV. P. 15(a), and will evaluate her original and amended complaints. Shelton was employed as a branch manager for the Pine Bluff/Jefferson County Library System. She says that she received less hours, lower pay, and a difference in employee benefits due to her race and color. The EEOC issued a right to sue letter on her charge in June 2019. Her August 2019 suit is timely. And her pleadings make a plausible claim for adverse employment action based on race. *Ledergerber v. Stangler*, 122 F.3d 1142, 1144 (8th Cir. 1997).

3. At this stage, neither the facts nor the claims are complex enough to warrant appointed counsel. And Shelton has ably represented herself so far. *Plummer v. Grimes*, 87 F.3d 1032, 1033

(8th Cir. 1996). If this case needs to be tried, then the Court will reconsider.

* * *

Motion to amend, № 5, granted. Shelton must file her amended complaint (attaching the EEOC papers) by 30 September 2019. Thereafter, the Clerk must issue summons and the U.S. Marshal must serve process without prepayment of fees. Motion to appoint counsel, № 3, denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2019