IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GWENDOLYN L. SHELTON**                                                                 **PLAINTIFF**

v.                               Case No. 5:19-cv-00256-LPR

**PINE BLUFF/**
**JEFFERSON COUNTY LIBRARY**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that Judgment is entered in favor of the Defendant.

IT IS SO ADJUDGED this 24th day of March, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE